# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4769

_____

CHRISTOPHER NEWCOMBE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin A. Fitzpatrick, Judge.

July 5, 2018

PER CURIAM.

AFFIRMED. *See Lee v. State*, 223 So. 3d 342 (Fla. 1st DCA 2017), *rev. granted*, 2018 WL 2065542 (Fla. Feb. 8, 2018).

B.L. THOMAS, C.J., and LEWIS and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mark V. Murray, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.